# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ARIEL LEON,

          Plaintiff,

vs.

WYNN LAS VEGAS, LLC,

          Defendant.

Case No. 2:18-cv-00992-APG-NJK

REPORT AND RECOMMENDATION

On July 19, 2019, the Court granted Plaintiff's application for leave to proceed *in forma pauperis*. Docket No. 6. The Court screened Plaintiff's complaint and found that Plaintiff received his right to sue letter more than two years prior to filing suit in this Court; therefore, it appeared to the Court that Plaintiff failed to file this lawsuit in a timely manner. *Id*. at 1-3. The Court dismissed Plaintiff's complaint with leave to amend and allowed Plaintiff until August 15, 2019, to file an amended complaint showing that this case was timely filed. *Id*. at 4. The Court further ordered that failure to comply with its order would result in the recommended dismissal of this case. *Id*.

To date, no amended complaint has been filed and no request for extension has been made. *See* Docket. Accordingly, the Court **RECOMMENDS** that this case be **DISMISSED** without prejudice.[1]

IT IS SO ORDERED.

DATED: August 20, 2019.

                                                                   NANCY J. KOPPE
                                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] The unauthorized ENE statement submitted to Judge Ferenbach's chambers has been shredded.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).