# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARIEL LEON, | Case No.: 2:18-cv-00992-APG-NJK |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case Without Prejudice** |
| v. | |
| WYNN LAS VEGAS LLC, | [ECF No. 8] |
| Defendant | |

On August 20, 2019, Magistrate Judge Koppe recommended that I dismiss this case without prejudice because plaintiff Ariel Leon did not file an amended complaint by the court-imposed deadline of August 15, 2019. ECF No. 8. Leon filed a second application to proceed in forma pauperis, even though Judge Koppe had already granted his first application. ECF Nos. 6, 9, 10. But he did not file objections to Judge Koppe's recommendation that this case be dismissed without prejudice. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Koppe's report and recommendation **(ECF No. 8) is accepted** and the complaint **(ECF No. 7) is DISMISSED without prejudice**. The clerk of court is instructed to close this case.

DATED this 18th day of September, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE